IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ERIC A. JOHNSON, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| | : | FILE NO. _____ |
| CITY OF CHATTAHOOCHEE HILLS, GEORGIA; JAMES D. MELTON; and SIDNEY A. BROWN, | : : : : | |
| | : | (State Court Civil Action |
| Defendants. | : | File No. 11-EV-013315-Y) |
| | : | |

## NOTICE OF AND PETITION FOR REMOVAL

Comes now the City of Chattahoochee Hills, Georgia ("Chattahoochee Hills"), named as a defendant in connection with the above-referenced case, and shows this Court the following:

1.

On August 25, 2011, plaintiff herein Eric A. Johnson (hereafter "plaintiff"), filed a complaint in the State Court of Fulton County, State of Georgia, denominated as Civil Action File No. 11-EV-013315-Y and styled *"Eric A. Johnson, Plaintiff v. City of Chattahoochee Hills, Georgia, James D. Melton and Sidney A. Brown, Defendants."* True and correct copies of all process, pleadings,

and Orders served upon this defendant in said civil action are attached hereto as Exhibit "A."

2.

The complaint seeks recovery of damages from all defendants for alleged violation of plaintiff's rights under the Constitution and laws of the United States pursuant to 42 U.S.C. § 1983.

3.

This Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1331 inasmuch as plaintiff has asserted claims against all defendants arising under the Constitution and laws of the United States.

4.

This case is subject to removal pursuant to the provisions of 28 U.S.C. § 1441(b).

5.

Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a).

6.

All served and non-served defendants herein consent to this removal.

7.

This petition is filed within thirty (30) days after receipt by this defendant, through service or otherwise, of the complaint setting forth the federal claims for relief upon which said action is based.

8.

This action is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a) and (b), and 1446, *et. seq.*

Wherefore, Chattahoochee Hills prays that its petition be filed, that the entire action referred to hereinabove be removed to and proceed in the United States District Court for the Northern District of Georgia, Atlanta Division, that no further proceedings be held in the case originally filed in the State Court of Fulton County, State of Georgia, and that this defendant have such other and further relief as this Court deems just and proper in the circumstances.

Respectfully submitted, this 26th day of September, 2011.

/s/Harvey S. Gray
Harvey S. Gray
Georgia Bar No.: 305838
Matthew A. Ericksen
Georgia Bar No.: 304088
Attorneys for Chattahoochee Hills

**Gray, Rust, St. Amand, Moffett & Brieske, LLP**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 870-7376 (Gray)
(404) 870-5955 (Ericksen)
(404) 870-7374 (Fax)
hgray@grsmb.com
mericksen@grsmb.com

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rule 7.1(D), that the foregoing **NOTICE OF AND PETITION FOR REMOVAL** has been prepared in accordance with Local Rule 5.1(C) (Times New Roman font, 14 point).

This 26th day of September, 2011.

        /s/Harvey S. Gray
        Harvey S. Gray
        Georgia Bar No.: 305838
        Matthew A. Ericksen
        Georgia Bar No.: 304088
        Attorneys for Chattahoochee Hills

**Gray, Rust, St. Amand, Moffett & Brieske, LLP**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 870-7376 (Gray)
(404) 870-5955 (Ericksen)
(404) 870-7374 (Fax)
hgray@grsmb.com
mericksen@grsmb.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ERIC A. JOHNSON, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| | : | FILE NO. _____ |
| CITY OF CHATTAHOOCHEE HILLS, GEORGIA; JAMES D. MELTON; and SIDNEY A. BROWN, | : : : : : | |
| | : | (State Court Civil Action |
| Defendants. | : | File No. 11-EV-013315-Y) |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **Notice of and Petition for Removal** upon all counsel of record via the Court's CM/ECF system and by depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to insure delivery to:

William J. Atkins
David B. Fife
Atkins & Fife, LLC
6400 Powers Ferry Road, Suite 355
Atlanta, Georgia 30339

6

Mawuli M. Davis
Robert O. Bozeman
Davis Bozeman Law Firm, P.C.
4153 B Flat Shoals Parkway
Suite 204
Decatur, Georgia 30034

Richard A. Carothers
Carothers & Mitchell, LLC
1809 Buford Highway
Buford, Georgia  30518

James R. Westbury, Jr.
James R. Westbury, Jr., P.C.
1012 Memorial Drive, Ste. 13
Griffin, Georgia 30224

This 26th day of September, 2011.

/s/Harvey S. Gray
Harvey S. Gray
Georgia Bar No.: 305838
Matthew A. Ericksen
Georgia Bar No.: 304088
Attorneys for Chattahoochee Hills

**Gray, Rust, St. Amand, Moffett & Brieske, LLP**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 870-7376 (Gray)
(404) 870-5955 (Ericksen)
(404) 870-7374 (Fax)
hgray@grsmb.com
mericksen@grsmb.com
I:\604\237-Johnson v. Chattahoochee Hills\Pleadings\Notice of and Petition for Removal- Johnson v. Chattahoochee.doc